UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
JESSE LOWE BLACK                   :
12003 QUARTETTE Lane               :
BOWIE, MD 20746                    :
                                   :
      Plaintiff,                   :
                                   :
      v.                           :   Civil Action No.
                                   :
JAMES BROWN,                       :
2041 GEORGIA AVENUE, NW            :
WASHINGTON, D.C. 20059             :
                                   :
HOWARD UNIVERSITY                  :
2041 GEORGIA AVENUE, NW            :
WASHINGTON, D.C. 20059             :
                                   :
DISTRICT OF COLUMBIA               :
A MUNICIPAL CORPORATION            :
C/o Wilson Building                :
PENNSYLVANIA AVENUE, NW            :
WASHINGTON, D.C. 20001             :
                                   :
      Defendants.                  :
_____:
```

NOTICE OF
REMOVAL OF ACTION

COMES NOW, defendant District of Columbia, by and through counsel, Steven J. Anderson, and pursuant to 28 U.S.C. 1441(b) and 1446 notifies the Court of the removal of the above-captioned action filed in the Superior Court of the District of Columbia, Civil Action No. 06-3466 on May 4, 2006. Counts Seven, Eight, and Nine in plaintiff's complaint allege that defendants violated plaintiff's Federal rights. These Counts are brought pursuant to 42 U.S.C. Sections 1983, the Fourth and Fourteenth Amendments to the United States Constitution (See attached complaint).

The grounds for removal are that the complaint asserts, *inter alia*, causes of action "founded on a claim or right arising under

the Constitution, treaties or laws of the United States" which are removable without regard to the citizenship or residence of the parties. *See* 28 U.S.C. § 1441(b). Specifically, Counts Seven, Eight and Nine allege violations of Federal law.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this court pursuant to 28 U.S.C. §1441(b) and 1446 and the Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." 28 U.S.C. §1446(d).

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_____
HOLLY JOHNSON
Chief, General Litigation Section III

_____
STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail: Steve.anderson@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage

prepaid, to:

      Hope Umana, Esq.
      Quartey & Umana, LLC
      1400 Spring Street, Suite 120
      Silver Spring, MD  20910

      Howard University
      ATTN: General Counsel's Office
      2041 Georgia Ave., NW
      Washington, DC 20059

on this June day of 6th  2006.

_____
      Steven J. Anderson
      Assistant Attorney General

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

JESSE LOWE BLACK,                    :
                                     :
                                     :
     Plaintiff,          :
                                     :
     v.                  : Civil Action No. 06-3466
                                     : Judge GEOFFREY M ALPRIN
DISTRICT OF COLUMBIA,    : Next Event: August 18, 2006
          et al.         : ISC
     Defendants.         :
_____:

NOTIFICATION OF FILING OF
REMOVAL OF ACTION

To:  Mr. Jesse Lowe Black, plaintiff
     c/o: Hope Umana, Esq.
          1400 Spring Street,
          Suite 120
          Silver Spring, MD  20910

     Please take notice that on June 6, 2006, defendant District
of Columbia filed in the United States District Court for the
District of Columbia, at Civil Action No. _____, a Notice of
Removal of the above-captioned action then pending in this court.
A copy of the Notice of Removal was served upon plaintiff.

     Pursuant to 28 U.S.C. 1446(d), the filing of the Notice of
Removal and this Notification effects the removal and the
proceeding against the defendants and this court shall proceed no
further unless and until it is remanded by the United States
District Court for the District of Columbia.

                    Respectfully submitted,

                    ROBERT J. SPAGNOLETTI
                    Attorney General for the District of Columbia

                    GEORGE C. VALENTINE

Deputy Attorney General,
Civil Litigation Division

_____
HOLLY JOHNSON
Chief, General Litigation Section III

_____
STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail:  Steve.anderson@dc.gov


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was mailed, postage
prepaid, to:

        Hope Umana, Esq.
        QUARTEY & UMANA, LLC
        1400 Spring Street, Suite 120
        Silver Spring, MD  20910


on this 6th day of June 2006.

                        _____
                        Steven J. Anderson
                        Assistant Attorney General