## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JESSE LOWE BLACK,** | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06 1041** |
| | ) | **JUDGE: Richard J. Leon** |
| | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### MOTION OF THE DISTRICT OF COLUMBIA FOR ADDITIONAL TIME WITHIN WHICH TO RESPOND TO THE PLAINTIFF'S COMPLAINT

Pursuant to FRCP 6(b), Defendant District of Columbia moves for an extension of time, up to and including July 21, 2006, within which to respond to the complaint herein.

The grounds for this motion are more fully set forth in the attached memorandum of points and authorities.

### Local Civil Rule 7 (m) Certification

Counsel for co-defendant Howard University consents to the relief that is requested.

Counsel for plaintiff indicated that he does not consent to the relief requested here.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

1

_____

HOLLY JOHNSON
Chief, General Litigation Section III


_____

STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail:  Steve.anderson@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JESSE LOWE BLACK,** | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06 1041** |
| | ) | **JUDGE: Richard J. Leon** |
| **JAMES BROWN,** | ) | |
| | ) | |
| **HOWARD UNIVERSITY,** | ) | |
| | ) | |
| **&** | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA,** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**MOTION OF DEFENDANT DISTRICT OF COLUMBIA FOR ADDITIONAL TIME**
**WITHIN WHICH TO RESPOND TO THE COMPLAINT**

Plaintiff, Jesse Lowe Black, is a taxi cab driver whom resides at 12003 Quartette Lane

Bowie, Maryland 20746. Plaintiff filed a Complaint on May 4, 2006. Plaintiff alleges thirteen

counts against the defendants, including but not limited to assault and battery, false

imprisonment, intentional infliction of emotional distress, and violation of Constitutional rights.

Defendant, the District of Columbia, removed the action to the present court on June 6, 2006.

Due to the complexities of the thirteen counts being alleged in the answer and counterclaim

defendant requests a 45-day extension of time to respond the complaint.

In the Superior Court of the District of Columbia, the District and its employees are

allowed 60 days to answer a complaint.  Super.Ct.Civ.R. 12(a)(3).  The same time is allowed the

United States in both Superior Court and United States District Courts.  Id.; Fed.R.Civ.P.

3

12(a)(3).  This timing is more appropriate for both governmental entities, given the time

necessary to forward court documents, to contact knowledgeable employees and to investigate

the allegations of a complaint.

The District's Notice of Removal was filed May 5, 2006.  Therefore, under the Rules, a

response would be due, June 26, 2006.  FRCP 12(a)(1)(A).  If defendant's request for a 45-day

extension is granted, plaintiff's response will be due on July 21, 2006.  It does not appear that co-

defendant Officer Brown has been served.  The District is presently in the process of researching

the facts surrounding this incident so that it can prepare its defense.

Under all the circumstances described, it is requested that the Court grant the relief

sought herein.


Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


_____
HOLLY JOHNSON
Chief, General Litigation Section III


_____
STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail:  Steve.anderson@dc.gov

4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JESSE LOWE BLACK,** | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06 1041** |
| | ) | **JUDGE: Richard J. Leon** |
| | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA, *et al.,*** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of the District of Columbia's motion for additional time within which to respond to the complaint, the memorandum in support thereof, and any opposition filed thereto, it is by the Court, this _____ day of _____ , 2006,

**ORDERED**: that defendant's motion be, and the same hereby is, **GRANTED;** and it is further

**ORDERED**: that the time within which defendant District of Columbia may respond to plaintiff's complaint, is extended up to and including July 21, 2006.

_____
Judge Richard J. Leon
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

5

Copies to:


Steven J. Anderson
Office of the Attorney General
General Litigation Division
P.O. Box 14600
Washington, DC  20044-4600

Hope Umana, Esq.
Quartey & Umana, LLC
1400 Spring Street, Suite 120
Silver Spring, MD 20910

Howard University
General Counsel's Office
ATTN: Phil Lattimore, Esq.
2041 Georgia Ave., NW
Washington, DC 20059

James Brown
2041 Georgia Avenue, NW
Washington, DC 20059