P.D. 252 Rev. 1/2002 — Metropolitan Police Department — **SUPPLEMENT REPORT** — Washington, D.C.

| | | |
|---|---|---|
| ☐ Classification Change | ☒ Additional Information | 1. DISTRICT: 3D  2. BEAT: 305  3. RA:  4. ORIGINAL CLASSIFICATION: VIOLATION OF Temporary Protection Order  5. COMPLAINT NUMBER: 023516 |

6. DATE OF THIS REPORT: 2/21/2006
7. REPORTING ELEM.: 3D
8. CLASSIFICATION OF REPORT CHANGED TO:
9. DATE AND TIME OF EVENT: 2/21/06 1415
10. DATE AND TIME OF ORIG. RPT.: 2/21/2006 17:48
11. EVENT LOCATION: 2041 Georgia Ave. N.W
12. PROPERTY TYPE:
13. RADIO RUN RECEIVED:
14. DESCRIBE LOCATION:
15. WHERE ENTERED:
16. TOOLS/WEAPONS:
17. METHODS:

18. COMPLAINANT: Carter, Sylvia 1210 Eastern — DOB 07/07/66
    COMPLAINANT: Brown, James. SPO, HOWARD — DOB 5/5/62

Suspect: RACE Black, SEX Ma, HEIGHT 6'1, WEIGHT 200, EYES Brn, HAIR Blk, COMPLEXION Dark, SCARS None, HAT Grey, JACKET Brow, PANTS Blue, SHIRT Grey

20. SOLVABILITY FACTORS

| | | |
|---|---|---|
| IS THERE A WITNESS? | ☐ YES ☐ NO | |
| IS A SUSPECT NAMED? | ☒ YES ☐ NO | Black Jesse Lowe |
| IS THE STOLEN PROPERTY TRACEABLE? | ☐ YES ☐ NO | |
| IS PHYSICAL EVIDENCE PRESENT? | ☐ YES ☐ NO | |
| IS THE PERPETRATOR KNOWN TO THE VICTIM? | ☐ YES ☐ NO | |
| WAS A REFERRAL FORM GIVEN TO THE COMPLAINANT? | ☐ YES ☐ NO | |
| DURING WHAT HOURS IS COMPLAINANT AVAILABLE FOR INTERVIEW | | |
| IS AN MO OR PATTERN INDICATED? | ☐ YES ☐ NO | |

**Case Closed With Arrest**

22. NARRATIVE:

Case closed with the arrest of Black Jesse Lowe a Black Male of 12003 Quarlette Lane, Bowie, MD, social security number 495748678, date of birth 4/24/53, arrest number 030600910

23. STATUS: ☐ OPEN  ☐ PRIOR CLOSED  ☒ CLOSED  ☐ UNFOUNDED  ☐ SUSPENDED

27. INVESTIGATIVE OFFICER'S RECOMMENDATION: ☐ SUSPEND  ☐ INVESTIGATE FURTHER
27. SUPERVISOR'S RECOMMENDATION: ☐ SUSPEND  ☐ INVESTIGATE FURTHER

29. REPORTING MEMBER'S SIGNATURE — BADGE/ELEM 806/3D
31. SUPERVISOR'S SIGNATURE: Det. Michaelson — S551 30

Page 01 of 01 Pages

# Metropolitan Police Department — Incident-Based Event Report
Washington, D.C.

LOG # 2702 — 065000, J. 806

## PART I - CLASSIFICATION OF EVENT

**1. TYPE OF REPORT:** Incident

**2. DATE AND TIME OF EVENT:**
- Start Date: 02/21/06
- Start Time: 14:15
- End Date: 02/21/06
- End Time: (same)

**3. DATE OF REPORT:** 02/21/06
**4. TIME OF REPORT:** 17:00
**5. DISTRICT:** 3
**6. SECTOR:** 2
**7. BEAT:** 305
**8. COMPLAINT NUMBER:** 023516

**9. EVENT LOCATION ADDRESS:** 2041 Georgia Ave. N.W., Howard University Hospital
**10. REPORT RECEIVED BY:** Radio run
**11. IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME?** Yes
**12. PROPERTY TYPE:** Public

**13. EVENT NO. 1:** Violation of T.P.O.
**14. EVENT NO. 2:** 2669

**16. FORCED ENTRY:** No — N/A
**17. POINT OF ENTRY:** N/A
**18a. Method Used:** N/A
**18b. Tools Used:** N/A
**19. WEATHER CONDITIONS:** Clear

**22. LOCATION TYPE:** Doctor's office/Hospital

## PART II - VICTIM INFORMATION

**24. NAME OF COMPLAINANT/VICTIM:** CARTER, Sylvia
**25. RELATED TO EVENT NO(S):** 1, 2
**26. VICTIM TYPE:** Individual
**27. DATE OF BIRTH:** Jul 07 66
**28. AGE RANGE:** 18-65 yrs.
**29. SEX:** Female
**30. HOME PHONE:** (202) 388-0516
**31. BUSINESS PHONE:** (202) 865-6100
**32. RACE/ETHNICITY:** Black

**33. HOME ADDRESS:** 1210 Eastern Ave. N.E. #203 — DC Resident
**34. BUSINESS ADDRESS/SCHOOL:** Howard University, Washington, D.C.
**35. OCCUPATION:** Bus Driver
**36. IS EVENT RELATED TO OCCUPATION?** Yes

**52. STATUS:** Closed by arrest, attach PD-252
**53. REVIEWER:** [signature]

PD-251 1/99 — Printed in U.S.A. — PAGE 1

## Part II (continued)

**55. IS VICTIM #1 THE REPORTING PERSON? IF NO, ENTER THE NAME, ADDRESS AND PHONE NUMBER OF THE REPORTING PERSON.**
● Yes  ○ No
Name: _____  Address: _____  Phone-Area Code: _____

**56. DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER?**
● Yes  ○ No

**56A. WAS PD FORM 378A ISSUED?**
○ Yes  ● No

**57. IS CPO/TPO OUTSTANDING?**
● Yes  ○ No  ○ Unknown
IF YES, ENTER CPO/TPO #: CPO 455-06

**58. INJURIES** Use the following codes to describe injuries. (Mark all that apply)
- N = None Visible
- M = Apparent Minor Injury
- B = Apparent Broken Bones
- O = Other Major Injury
- I = Possible Internal Injury
- G = Gunshot
- L = Severe Laceration
- T = Loss of Teeth
- U = Unconscious

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB. # | STATUS |
|---|---|---|---|---|---|---|---|---|
| Victim | 1 2 3 4 5 | N M B O I | N/A | | | Yes / No | | Admitted / Released |
| Suspect | 6 7 8 9 | G L T U | | | | Yes / No | | Admitted / Released |
| Victim | 1 2 3 4 5 | N M B O I | | | | Yes / No | | Admitted / Released |
| Suspect | 6 7 8 9 | G L T U | | | | Yes / No | | Admitted / Released |
| Victim | 1 2 3 4 5 | N M B O I | | | | Yes / No | | Admitted / Released |
| Suspect | 6 7 8 9 | G L T U | | | | Yes / No | | Admitted / Released |

## PART III – PROPERTY

**59. Codes:** S = Stolen, E = Evidence, R = Recovered, F = Found, I = Impounded, V = Vehicle from which theft occurred, D = Alleged drug type, L = Lost, P = Suspected proceeds of crime, O = Other

a. Property Book & Page No.  b. Location of Property Book

| Code | Description of Item(s) | Serial Number/Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| | | N/A | | | | | | | |

TOTAL VALUE

**60. VEHICLE INFORMATION** Vehicle operated/used by: ○ Victim ○ Suspect  Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## PART IV – SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)

**61. #1**  ● Suspect  ○ Missing

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ○ Asian ○ White ● Black ○ Latino/Hispanic ○ Unknown ○ Other | ● Male ○ Female ○ Unknown | 53 yrs. | 6'1 | 200 | BRN | BLK |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| DARK | | | small goatee | GREY | BROWN | BLUE | GREY | ○ Alcohol ○ Drugs ○ Computer ● N/A |

**q. Weapons Used in Offense (Mark all that apply)**

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ○ Handgun ○ Shotgun ○ Other firearm ○ Revolver ○ Semi-automatic ○ Rifle ○ Automatic  N/A | Cutting instrument / Blunt object / Motor vehicle / Hands/Feet/Teeth / None / Unknown / Other (specify) N/A | | N/A | | |

**62. #2**  ○ Suspect  ○ Missing

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ○ Asian ○ White ○ Black ○ Latino/Hispanic ○ Unknown ○ Other | ○ Male ○ Female ○ Unknown | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol ○ Drugs ○ Computer ○ N/A |

**q. Weapons Used in Offense (Mark all that apply)**

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ○ Handgun ○ Shotgun ○ Other firearm ○ Revolver ○ Semi-automatic ○ Rifle ○ Automatic | Cutting instrument / Blunt object / Motor vehicle / Hands/Feet/Teeth / None / Unknown / Other (specify) | | | | |

**63. #3**  ○ Suspect  ○ Missing

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ○ Asian ○ White ○ Black ○ Latino/Hispanic ○ Unknown ○ Other | ○ Male ○ Female ○ Unknown | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol ○ Drugs ○ Computer ○ N/A |

**q. Weapons Used in Offense (Mark all that apply)**

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ○ Handgun ○ Shotgun ○ Other firearm ○ Revolver ○ Semi-automatic ○ Rifle ○ Automatic | Cutting instrument / Blunt object / Motor vehicle / Hands/Feet/Teeth / None / Unknown / Other (specify) | | | | |

*Value of vehicles to be entered by Information Processing section

CCN  073516

| 64 | PART V - MISSING PERSONS | | | | | 65 | COMPLAINT NUMBER |
|---|---|---|---|---|---|---|---|
| | PROBABLE CAUSE OF ABSENCE AND DESTINATION | | | | | | 023516 |
| 66 | IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED: N/A | 67 | CLASSIFICATION Critical Non-critical | 68 | CLASSIFIED BY | | |
| 69 | PHYSICAL/MENTAL CONDITION (i.e., diabetic) | 70 | DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED | 71 | NAME OF PARENT/GUARDIAN | | |
| 72 | ADDRESS OF PARENT/GUARDIAN | 73 | IF JUVENILE, ENTER MOTHER'S MAIDEN NAME | 74 | MISSING PERSON SECTION NOTIFIED (Name) | | |

75 NARRATIVE   Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

Item Number Continued

At the listed date, time, and event location S-1 was in violation of T.P.O. # CPO 455-06 effective 2/15/06, and ending 2/28/06 signed by Judge M.J. Melendez requested by C-1.

S-1 was placed under arrest and transported to the third district for processing.

| 76 EVIDENCE TECHNICIAN/CSES # | 77 NAME OF INVESTIGATOR NOTIFIED | 78 TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | 79 TELETYPE # |
|---|---|---|---|---|
| 80 REPORTING OFFICER'S SIGNATURE  ELEMENT 3D | 81 OTHER POLICE AGENCY (Indicate if report prepared by officer other than MPD) USCP / USSS / METRO TRANSIT / OTHER | 82 SECOND OFFICER'S NAME  ELEMENT | 83 SIGNATURE OF SUPERVISOR Sgt. M. Guester  ELEMENT 30 | |

## PART VI - ADDITIONAL INFORMATION (Use PD Form 251-C for additional victims or suspects.)

**84** NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1 | **85** RELATED TO EVENT NO(S). 1 2 3 4 5 6 7 8 9 10

**86** VICTIM TYPE: Individual, Business, Financial inst., Government, Religious org., Society/Public, Police officer, Other

**87** DATE OF BIRTH — Unknown / NA — Month / Day / Year
**88** AGE RANGE: 0-1 yr., 2-12 yrs., 13-17 yrs., 18-65 yrs., Over 65
**89** SEX: Male, Female, Unknown
**90** HOME PHONE ( )
**91** BUSINESS PHONE ( )
**92** RACE/ETHNICITY (Mark all that apply): American Indian/Alaskan Native, Asian/Pacific Islander, Black, Chinese, Latino/Hispanic, Jamaican, Japanese, Korean, Vietnamese, White, Other, Unknown/Refused

**93** HOME ADDRESS — DC Resident, Non-DC Resident, Unknown

**94** BUSINESS ADDRESS/SCHOOL

**95** OCCUPATION
**96** IS EVENT RELATED TO OCCUPATION? Yes No Unknown
**97** ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1

---

**98** NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1 | **99** RELATED TO EVENT NO(S). 1 2 3 4 5 6 7 8 9 10

**100** VICTIM TYPE: Individual, Business, Financial inst., Government, Religious org., Society/Public, Police officer, Other

**101** DATE OF BIRTH — Unknown / NA — Month / Day / Year
**102** AGE RANGE: 0-1 yr., 2-12 yrs., 13-17 yrs., 18-65 yrs., Over 65
**103** SEX: Male, Female, Unknown
**104** HOME PHONE ( )
**105** BUSINESS PHONE ( )
**106** RACE/ETHNICITY (Mark all that apply): American Indian/Alaskan Native, Asian/Pacific Islander, Black, Chinese, Latino/Hispanic, Jamaican, Japanese, Korean, Vietnamese, White, Other, Unknown/Refused

**107** HOME ADDRESS — DC Resident, Non-DC Resident, Unknown

**108** BUSINESS ADDRESS/SCHOOL

**109** OCCUPATION
**110** IS EVENT RELATED TO OCCUPATION? Yes No Unknown
**111** ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1

---

**112** #1 Suspect/Missing | a. Race: Asian, Black, White, Latino/Hispanic, Unknown, Other | b. Sex: Male, Female, Unknown | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair

h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using: Alcohol, Drugs, Computer, N/A

q. Weapons Used in Offense (Mark all that apply)
Firearm: Handgun, Shotgun, Other firearm, Revolver, Semi-automatic, Rifle, Automatic
Other: Cutting instrument, Blunt object, Motor vehicle, Hands/Feet/Teeth, None, Unknown, Other (specify)
Color | Make | Model | Caliber

**113** #2 Suspect/Missing | a. Race: Asian, Black, White, Latino/Hispanic, Unknown, Other | b. Sex: Male, Female, Unknown | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair

h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using: Alcohol, Drugs, Computer, N/A

q. Weapons Used in Offense (Mark all that apply)
Firearm: Handgun, Shotgun, Other firearm, Revolver, Semi-automatic, Rifle, Automatic
Other: Cutting instrument, Blunt object, Motor vehicle, Hands/Feet/Teeth, None, Unknown, Other (specify)
Color | Make | Model | Caliber

**114** #3 Suspect/Missing | a. Race: Asian, Black, White, Latino/Hispanic, Unknown, Other | b. Sex: Male, Female, Unknown | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair

h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using: Alcohol, Drugs, Computer, N/A

q. Weapons Used in Offense (Mark all that apply)
Firearm: Handgun, Shotgun, Other firearm, Revolver, Semi-automatic, Rifle, Automatic
Other: Cutting instrument, Blunt object, Motor vehicle, Hands/Feet/Teeth, None, Unknown, Other (specify)
Color | Make | Model | Caliber