UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Jesse Black,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | No. 06-1041 |
| | : | RJL |
| **James Brown, et, al,** | : | |
|     **Defendants.** | : | |

### MOTION FOR LEAVE TO FILE ATTACHED ANSWER BY DEFENDANT JAMES BROWN AND HOWARD UNIVERSITY

Defendants James Brown and Howard University, by and through its counsel, move this Court, pursuant to Fed. R. Civ. P. 6, for leave to file the attached answer to the complaint. The District of Columbia consents. Plaintiff does not consent to this motion.

In support of this motion, this Court is referred to the attached memorandum of points and authorities.

Respectfully submitted,

**JAMES BROWN**

**HOWARD UNIVERSITY**

BY: _____
Phillip A. Lattimore, III  422968
Howard University
Office of the General Counsel
2400 – 6th Street, N.W., Suite #320
Washington, D.C.  20059
(202) 806-2650 (Office)
(202) 806-6357 (Facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Jesse Black,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | No. 06-1041 |
| | : | RJL |
| **James Brown, et, al,** | : | |
|     **Defendants.** | : | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE ANSWER

Defendant Howard University submits this memorandum of points and authorities in support of its Motion For Leave to File Attached Answer.

### RELEVANT FACTS

1. James Brown and Howard University seek leave to file its answer to Plaintiff's complaint on grounds that other court commitments prevented counsel for the defendants from filing an answer until this time.

2. The defendants had moved the Superior Court for leave to enlarge the time to respond to the complaint, and the motion was granted. Since the filing of that motion, defendant District of Columbia Government removed this complaint from Superior Court to this Court.

3. Since the removal of this case to U.S. District Court, the University's counsel, who represents both the University and defendant James Brown, has been heavily involved in meeting discovery obligations in another case in this Court as well as responding to post-trial motions in *Martin v. Howard University*, a second case that is also in this Court. Thus, he is now able to complete the answer in this case.

4. Counsel for plaintiff has not consented to defendants filing this answer. Defendants have tried to contact Plaintiff's counsel by phone. Counsel for the District of Columbia consents.

5. The filing of this answer will not negatively impact the Court's calendar. The District of Columbia has yet to answer the complaint and this case has not been set for a status conference.

## CONCLUSION

Accordingly, defendants James Brown and Howard University respectfully request that its Motion for Leave File the Attached Answer be granted.

Respectfully submitted,

**JAMES BROWN**

**HOWARD UNIVERSITY**

By: _____
Phillip A. Lattimore, III #422968
Senior Associate General Counsel
Howard University
Office of the General Counsel
2400 Sixth Street, NW
Suite #321
Washington, D.C. 20059
(202) 806-2650 (Office)
(202) 806-6357 (Facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David T. Long, et. al,** : | |
|     **Plaintiffs,** : | |
| : | |
|     v. : | No.  06-1041 |
| : | RJL |
| **Howard University,** : | |
|     **Defendant.** : | |

## ORDER

Having read and considered the Motion for Leave to File Answer to Plaintiff's Complaint filed by James Brown and Howard University, the Memorandum of Points and Authorities, any opposition thereto, and the entire record herein, it is by the Court, on this _____ day of _____, 2006, hereby

**ORDERED**: that the Motion is GRANTED; and it is

**FURTHER ORDERED**: that the clerk shall docket and file the Attached Answer to Plaintiff's Complaint filed by James Brown and Howard University.

 

Honorable Richard J. Leon
United States District Judge

Phillip A. Lattimore III
Senior Associate General Counsel
Howaard University
2400 6th Street, N.W., #321
Washington, D.C. 20059

Steven Anderson, Esq.
Assistant Attorney General
Office of Attorney General
441 4th Street NW, 6th Floor
Washington DC  20001

Hope Umana, Esq
QUARTEY & UMANA, LLC
1400 Spring Street, Suite 120
Silver Spring, MD  20910

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by first class mail, postage prepaid, on this _____ day of July, 2006 to:

Steven Anderson, Esq.
Assistant Attorney General
Office of Attorney General
441 4th Street NW, 6th Floor
Washington DC  20001

Hope Umana, Esq
QUARTEY & UMANA, LLC
1400 Spring Street, Suite 120
Silver Spring, MD  20910

_____
Phillip A. Lattimore, III