IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JESSE LOWE BLACK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   Civil No.  06-1041(RJL) |
| v. | ) |
| | ) |
| **DISTRICT OF COLUMBIA,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO ENLARGE ITS
REPLY MEMORANDUM DEADLINE BY ONE WEEK**

Defendant District of Columbia (the "District"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby moves this Court to enlarge the time by which it must file a Reply to Plaintiff's Opposition to its Motion to Dismiss and for a More Definite Statement, by an additional week.

A Memorandum of Points and Authorities in support of this Motion, along with a proposed Order, is attached hereto.

Plaintiff's counsel, Hope Umana, and Co-Defendants' counsel, Phillip Lattimore, have consented to the relief requested herein.

                                                                                          Respectfully submitted,

                                                                                          ROBERT J. SPAGNOLETTI
                                                                                          Attorney General

                                                                                         GEORGE C. VALENTINE
                                                                                         Deputy Attorney General
                                                                                         Civil Litigation Division

2

_____
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III
441 4th Street, N.W., 6S-053
Washington, D.C. 20001
(202) 442-9874
(202) 727-3625 (fax)
holly.johnson@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JESSE LOWE BLACK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil No. 06-1041(RJL) |
| **v.** ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO ENLARGE ITS REPLY MEMORANDUM DEADLINE BY ONE WEEK**

Defendant District of Columbia (the "District"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby moves this Court to enlarge the time by which it must file a Reply to Plaintiff's Opposition to its Motion to Dismiss and for a More Definite Statement, by an additional week. As grounds therefor, the District states as follows:

1. On July 21, 2006 the District of Columbia filed a Motion to Dismiss Plaintiff's Complaint, and an alternative Motion for a More Definite Statement.

2. On July 29, 2006, plaintiff filed an opposition to these motions. The District's Reply therefore is due on August 7, 2006.

3. Lead counsel in this case, Assistant Attorney General Steven J. Anderson, left the country on scheduled leave on July 28, 2006. He will return to the office on August 8, 2006. The District therefore moves for an additional week to file its Reply Memorandum.

4. All parties have consented to this enlargement, and no party will be prejudiced by it.

WHEREFORE, for the foregoing reasons, the District moves that it be given leave until August 14, 2006, to file a Reply to Plaintiff's Opposition to its Motion to Dismiss and for a More Definite Statement.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III
441 4th Street, N.W., 6S-053
Washington, D.C. 20001
(202) 442-9874
(202) 727-3625 (fax)
holly.johnson@dc.gov