# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jesse Black,** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | |
| : | No. 06-CV-1041 RJL |
| **Howard University, et al.,** : | |
|     **Defendant,** : | |
| : | |

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

Phillip A. Lattimore III, a member of the Bar of this Court, corporate counsel for Howard University, defendant, as well as counsel of record in this case, submits this notice, pursuant to LCvR 83.6(b), informing this Court that effective November 22, 2006, he will no longer be counsel of record for Howard University and James Brown in this case in that he has resigned from his position as chief trial counsel for the University.

Respectfully submitted,

**By:** _____
**PHILLIP A. LATTIMORE III #422968**
Senior Associate General Counsel
Office of General Counsel
Howard University
2400 6th Street, N.W.  Suite 320
Washington, D.C.  20059
(202) 806-2650