UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JESSE LOWE BLACK,** | : |
| Plaintiff, | : |
| vs. | : Civil No. 1:06-cv-01041-RJL |
| **HOWARD UNIVERSITY,** *et al.*, | : |
| Defendants. | : |

## PRAECIPE OF APPEARANCE

**TO THE CLERK:**

**PLEASE ENTER** the appearance of **Karen R. Turner, Esquire, Matthew D. Banks, Esquire,** and **Hamilton Altman Canale & Dillon, LLC,** as counsel for the defendants, **Howard University** and **James Brown,** in the above-captioned case.

Respectfully submitted,

**HAMILTON ALTMAN CANALE & DILLON, LLC**

By:_____/s/_____
Karen R. Turner
(D.C. Bar No. 434543)
Matthew D. Banks
(D.C. Bar No. 434987)
4600 East-West Highway
Suite 201
Bethesda, Maryland 20814
301-652-7332
Attorneys for Defendants Howard University and James Brown

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served electronically on this 7th day of December, 2006, to:

> Steven J. Anderson, Esquire
> Assistant Attorney General
> General Litigation Section III
> Civil Litigation Division
> D.C. Office of the Attorney General
> 441 4th Street, N.W., Suite 600 South
> Washington, D.C.  20001
>
> Idotenyin Hope Eyi Umana, Esquire
> **Quartey & Umana**
> 1400 Spring Street
> Suite 120
> Silver Spring, Maryland  20910

 ____/s/_____
 Karen R. Turner