**FILED**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DEC 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **JESSE LOWE BLACK,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    No. 1:06-1041 (RJL) |
| | ) |
| **DISTRICT OF COLUMBIA,** *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER
(December 19 , 2006) [#5]

For the reasons set forth in the Memorandum Opinion entered this date, it is hereby

**ORDERED** that defendant District of Columbia's motion to dismiss [#5] is

GRANTED; and it is further

**ORDERED** that defendant District of Columbia's motion for a more definite

statement [#6] is DENIED as moot.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge

8