## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JESSE LOWE BLACK,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **vs.** | : **Civil No. 1:06-cv-01041-RJL** |
| | : |
| **HOWARD UNIVERSITY, *et al.*,** | : |
| | : |
| **Defendants.** | : |
| _____ | : |

### <u>JOINT STATUS REPORT</u>

**COME NOW** the plaintiff, **Jesse Lowe Black**, by and through his attorneys, **Hope Umana, Esquire** and **Quartey & Umana**, **LLC**, and the defendants, **Howard University** and **James Brown,** by and through their attorneys, **Karen R. Turner, Esquire, Matthew D. Banks, Esquire** and **Hamilton Altman Canale & Dillon, LLC,** pursuant to the Court's Minute Order of January 10, 2007, Rule 26(f) of the Federal Rules of Civil Procedure, and Local Civil Rule 16.3 of the United States District Court for the District of Columbia, and submit this Joint Status Report and proposed Scheduling Order:

I.    *Dispositive Motions*

In light of the Court's recent dismissal of the plaintiff's claims against the District of Columbia, the defendants believe plaintiff's claims against Howard University and James Brown should likewise be dismissed. Defendants anticipate filing a motion to dismiss, or in the alternative for summary judgment, within the next ten (10) days and would ask that discovery be stayed pending resolution of that motion. The case should be a standard track case.

II.     *Addition of Parties or Amendment of Pleadings*

The deadline for the addition of parties or the amendment of pleadings shall be *March 1, 2007*. Defendants submit that the findings of fact and conclusions of law made by the Court in its Order granting the District's motion to dismiss (adopted and incorporated herein by reference), and those pertinent to their own dismissal, are *not* in dispute.

III.    *Assignment to Magistrate*

The parties *consent* to the assignment of this case to a magistrate for discovery purposes *only*.

IV.     *Settlement*

There is no realistic possibility of settling this case at this time.

V.      *Alternative Dispute Resolution*

If this case is not disposed of by motion, the parties believe this case *may* be amenable to mediation at the close of discovery.

VI.     *Motions Deadlines*

Defendants anticipate filing a dispositive motion within ten (10) days of submission of this report. Plaintiff's opposition shall be due no later than fourteen (14) calendar days from service. Defendants' reply shall be filed within ten (10) calendar days of service of plaintiff's opposition. The parties propose that a decision on the motion be rendered within sixty (60) days of the filing of defendant's reply. If the motion is not granted, the parties have agreed on additional post-discovery motions deadlines, which are set forth in the attached proposed scheduling order.

VII.    *Initial Disclosures*

The parties agree to submit the disclosures required by Federal Rule of Civil Procedure 26(a)(1) no later than *April 15, 2007*.

VIII.    *Discovery*

The parties request that discovery be *stayed* pending ruling on defendants' motion to dismiss, which will be filed within the next ten (10) days.  If the court does not agree, the parties anticipate that they will require time to conduct written and oral discovery of fact and expert witnesses and such other discovery as may be needed.  They agree that discovery should proceed according to the following schedule:

| | |
|---|---|
| Deadline for Written Discovery Requests | 04/05/07 |
| Deadline for Fact Witness Designations | 04/05/07 |
| Deadline for Rule 26(a)(1) Disclosures | 04/15/07 |
| Deadline for Plaintiffs' Expert Designation | 05/20/07 |
| Deadline for Defendants' Expert Designation | 06/25/07 |
| Deadline for Requests for Admission | 08/01/07 |
| Discovery Closes | 09/27/07 |
| Deadline for Dispositive Motions | 10/27/07 |
| Deadline for Oppositions to Dispositive Motions | 11/27/07 |
| Deadline for Replies to Oppositions | 12/15/07 |
| Proposed Deadline for Ruling on Motions | 02/15/08 |

It is also agreed that the following limitations on discovery shall apply:

- Each party may initially serve a maximum of 25 interrogatories to any other party and may later serve a maximum of 15 supplemental interrogatories;

- Each party may serve a maximum of 35 requests for admission.

- Each side may depose all individual parties, opponents' named experts, and no more than 5 lay or fact witnesses in the case;

- Each deposition shall be limited to a maximum of three (3) hours, unless extended by agreement of the parties;

IX.     *Expert Designations*

The parties agree that the requirements for expert designations should not be modified and that any experts designated on behalf of either side shall be made available for deposition by the opposing party within forty (40) days of designation, unless a longer time frame is mutually agreed upon by the parties.

X.     *Bifurcation*

The parties do *not* believe this case should be bifurcated or managed in phases.

XI.     *Pretrial Conference*

The parties propose that the pretrial conference be set for thirty (30) to sixty (60) days prior to the trial date assigned by the Court.

XII.     *Trial Date*

The parties *are* willing to set a trial date at the initial scheduling conference.

XIII.     *Other Matters*

None at this time.

Respectfully submitted,

4

**QUARTEY & UMANA, LLC**


By:_____
    Idotenyin Hope Eyi Umana, Esquire
    (D.C. Bar No. 459092)
    1400 Spring Street
    Suite 120
    Silver Spring, Maryland  20910
    301-587-0090
    Attorneys for Plaintiff Jesse Lowe Black

**HAMILTON ALTMAN CANALE & DILLON, LLC**


By:_____
    Karen R. Turner
    (D.C. Bar No. 434543)
    Matthew D. Banks
    (D.C. Bar No. 434987)
    4600 East-West Highway
    Suite 201
    Bethesda, Maryland 20814
    301-652-7332
    Attorneys for Defendants Howard
    University and James Brown

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JESSE LOWE BLACK,** | : |
| **Plaintiff,** | : |
| | : |
| **vs.** | : **Civil No. 1:06-cv-01041-RJL** |
| | : |
| **HOWARD UNIVERSITY, *et al.*,** | : |
| **Defendants.** | : |
| _____ | : |

**SCHEDULING ORDER**

**UPON CONSIDERATION** of the **JOINT STATUS REPORT** submitted by the

parties in this case, it is hereby, this _____ day of _____, 2007 hereby

**ORDERED,** that the following limitations on discovery shall apply:

• Each party may initially serve a maximum of 25 interrogatories to any other

party and may later serve a maximum of 15 supplemental interrogatories;

• Each party may serve a maximum of 35 requests for admission.

• Each side may depose all individual parties, opposed named experts and no

more than 5 lay or fact witnesses in the case;

• Each deposition shall be limited to a maximum of three (3) hours, unless

extended by agreement of the parties;

And it is further,

**ORDERED,** that any experts designated on behalf of either side shall be made

available for deposition by the opposing party within forty (40) days of designation, unless a

longer time frame is mutually agreed upon by the parties.  And it is further,

**ORDERED,** that the Court shall schedule a mediation conference at the close of

discovery at the joint request of all parties.  And it is further,

**ORDERED,** that the following schedule will apply in this case:

| | |
|---|---|
| Deadline for Addition of Parties or Amendment of Pleadings | 03/01/07 |
| Deadline for Written Discovery Requests | 04/05/07 |
| Deadline for Fact Witness Designations | 04/05/07 |
| Deadline for Rule 26(a)(1) Disclosures | 04/15/07 |
| Deadline for Plaintiffs' Expert Designation | 05/20/07 |
| Deadline for Defendants' Expert Designation | 06/25/07 |
| Deadline for Requests for Admission | 08/01/07 |
| Discovery Closes | 09/27/07 |
| Deadline for Dispositive Motions | 10/27/07 |
| Deadline for Oppositions to Dispositive Motions | 11/27/07 |
| Deadline for Replies to Oppositions | 12/15/07 |
| Proposed Deadline for Ruling on Motions | 02/15/08 |

Pretrial Conference    _____, 2008

Trial Date    _____, 2008


_____
Judge Richard J. Leon


**COPIES TO:**

Hope Umana, Esquire
1400 Spring Street
Suite 120
Silver Spring, Maryland  20910

Karen R. Turner, Esquire
Matthew D. Banks, Esquire
4600 East-West Highway
Suite 201
Bethesda, Maryland 20814

2