UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JESSE LOWE BLACK,** | : |
| Plaintiff, | : |
| | : |
| vs. | : Civil No. 1:06-cv-01041-RJL |
| | : |
| **HOWARD UNIVERSITY,** *et al.*, | : |
| Defendants. | : |
| _____ | : |

## SCHEDULING ORDER

**UPON CONSIDERATION** of the **JOINT STATUS REPORT** submitted by the parties in this case, it is hereby, this _____ day of _____, 2007 hereby

**ORDERED,** that the following limitations on discovery shall apply:

- Each party may initially serve a maximum of 25 interrogatories to any other party and may later serve a maximum of 15 supplemental interrogatories;

- Each party may serve a maximum of 35 requests for admission.

- Each side may depose all individual parties, opposed named experts and no more than 5 lay or fact witnesses in the case;

- Each deposition shall be limited to a maximum of three (3) hours, unless extended by agreement of the parties;

And it is further,

**ORDERED,** that any experts designated on behalf of either side shall be made available for deposition by the opposing party within forty (40) days of designation, unless a longer time frame is mutually agreed upon by the parties.  And it is further,

**ORDERED,** that the Court shall schedule a mediation conference at the close of discovery at the joint request of all parties.  And it is further,

**ORDERED,** that the following schedule will apply in this case:

| | |
|---|---|
| Deadline for Addition of Parties or Amendment of Pleadings | 03/01/07 |
| Deadline for Written Discovery Requests | 04/05/07 |
| Deadline for Fact Witness Designations | 04/05/07 |
| Deadline for Rule 26(a)(1) Disclosures | 04/15/07 |
| Deadline for Plaintiffs' Expert Designation | 05/20/07 |
| Deadline for Defendants' Expert Designation | 06/25/07 |
| Deadline for Requests for Admission | 08/01/07 |
| Discovery Closes | 09/27/07 |
| Deadline for Dispositive Motions | 10/27/07 |
| Deadline for Oppositions to Dispositive Motions | 11/27/07 |
| Deadline for Replies to Oppositions | 12/15/07 |
| Proposed Deadline for Ruling on Motions | 02/15/08 |

Pretrial Conference   _____, 2008

Trial Date            _____, 2008

_____
Judge Richard J. Leon

**COPIES TO:**

Hope Umana, Esquire
1400 Spring Street
Suite 120
Silver Spring, Maryland  20910

Karen R. Turner, Esquire
Matthew D. Banks, Esquire
4600 East-West Highway
Suite 201
Bethesda, Maryland 20814