UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JESSE LOWE BLACK, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:06-1041 (RJL) |
| DISTRICT OF COLUMBIA, *et al.* | ) |
| Defendants. | ) |

## ORDER
(December 19, 2006) [#5]

For the reasons set forth in the Memorandum Opinion entered this date, it is hereby

**ORDERED** that defendant District of Columbia's motion to dismiss [#5] is GRANTED; and it is further

**ORDERED** that defendant District of Columbia's motion for a more definite statement [#6] is DENIED as moot.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

8

DEFENDANT'S EXHIBIT B