IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COPY

JAMES L. BROWN
5117 Fitch Street, S.E., #303
Washington, DC 20019

NATHANIEL L. BROWN
603 53rd Street, S.E., #302
Washington, DC 20019

CHAD CLARKE
3312 Huntley Square Drive
Temple Hills, MD 20748

HENRY W. CRAWFORD, III
5036 12th Street, N.E.
Washington, DC 20017

ORLANDO J. DALTON, Sr.
1910 County Road, #103
District Heights, MD 20747

CHARLAYNE M. GORDON
11701 Ft. Washington Road
Ft. Washington, MD 20744

ANDREW HAMILTON
1322 Talbert Terrace, S.E.
Washington, DC 20020

HARRISON ELLIS JOHNSON, JR.
621 Gresham Place, N.W.
Washington, DC 20001

CLARENCE KENNEDY
300 Southridge Road
Jamestown, NC 27282

GERALDINE MAKINS
5101 Jay Street, N.E.
Washington, DC 20019

GARY WALKER, Sr.
8605 Preston Street
New Carrollton, MD 20784

LESTER J. WARD
1239 Vermont Avenue, NW, #405
Washington, DC 20005

VINCENT WESTMORELAND
2001 12th Street, N.W., #207
Washington, DC 20009

et al.

Plaintiffs,

CASE NUMBER 1:05CV02438

JUDGE: Ellen Segal Huvelle

DECK TYPE: Labor/ERISA (non-employm

DATE STAMP: 12/21/2005

CA ____________

KENNEDY & DOLAN
SUITE 910
LEE PLAZA
8601 GEORGIA AVENUE
SILVER SPRING, MD 20910
(301) 608-3000

DEFENDANT'S EXHIBIT C

v. :

HOWARD UNIVERSITY HOSPITAL :
Serve: H. Patrick Swygert,
University President :
2400 6th Street, N.W.
Washington, DC 20059 :

Defendant. :
- - - - - - - - - - - - - - - - - - -X

COMPLAINT

COME NOW PLAINTIFFS, current and former employees of Howard University Hospital, by and through undersigned counsel, and for their complaint state as follows:

JURISDICTION

1. Jurisdiction is conferred on this Court by the Fair Labor Standards Act (hereinafter "FLSA") of 1938, Title 29, United States Code, and its Section 216(b) and also by the D.C. Code §32-1001 et seq., Chapter 10 of the D.C. Code entitled "Minimum Wages" under the Code's section on Labor.

PARTIES

2. The Defendant, the Howard University Hospital, is a private institution, located in Washington, D.C. which operates a hospital on its main campus as part thereof and is subject to the provisions of the FLSA and Chapter 10 of the D.C. Code entitled "Minimum Wages" under the Code's section on Labor as an "employer" defined therein.

3. The plaintiffs are/were "employee[s]" of Howard University as defined by 29 U.S.C.A. §203, 206-207 and D.C. Code §32-1001 et seq., Chapter 10 of the D.C. Code entitled "Minimum Wages" under the Code's section on Labor. Said employment occurred at the Defendant's hospital, which located on its main campus in the District of Columbia.

KENNEDY & DOLAN
SUITE 910
LEE PLAZA
8601 GEORGIA AVENUE
SILVER SPRING, MD 20910
(301) 608-3000

4. The Defendant did not, as is required by the FLSA and D.C. Code, properly pay their employees overtime including, but not limited to all Hospital employees' shift differentials and premium rates, i.e., Sunday pay, evening pay, etc. and their "regular rate" of pay as defined therein. The defendant's policy failed to include, inter alia, shift differentials and premium rates in calculating employees' regular rates of pay in violation of the DC Code. The failure to pay overtime under both statutes are on-going.

5. The Government of The District of Columbia, Office of Wage-Hour, conducted an investigation of the defendant's payment of wages practices which disclosed the defendant did not pay their hourly employees between at least March 1, 2001 through March 20, 2003 in accordance with the DC Minimum Wage Revision Act of 1992 (which later became the D.C. Code §32-1001 et seq., Chapter 10 of the D.C. Code entitled "Minimum Wages" under the Code's section on Labor). Upon information and belief this practice is still on-going in addition to other practices of failing to properly pay overtime under both the FLSA and DC Code.

6. Howard University Hospital was on direct notice of this requirement as a result of the case entitled Leroy F. Thomas v. Howard University Hospital, 39 F. 3d 370 wherein the defendant failed to include in its payment of overtime to its employees, inter alia, shift differentials and premium rates in calculating employees' regular rates of pay in violation of the law.

7. All the employees at the Howard University Hospital are similarly situated in that they were not properly compensated overtime pay by defendant as stated above.

**LEGAL CLAIMS**

**I. Failure to Properly pay overtime pursuant to the Federal Fair Labor Standards Act, 29 U.S.C. 216(b) et seq.**

KENNEDY & DOLAN
SUITE 910
LEE PLAZA
8601 GEORGIA AVENUE
SILVER SPRING, MD 20910
(301) 608-3000

8. Plaintiffs incorporate paragraphs 1-7 above as stated in full herein.

9. Plaintiffs bring this action on behalf of themselves and others similarly-situated(current and former employees of Howard University hospital covered under the applicable Code section) for the failure by defendant to properly pay their overtime wages as defendant is specifically required to do per **29 U.S.C. 216(b) et** seq. Said action is for and on behalf of the named defendants and other employees similarly situated, i.e., any and all employees of Howard University's Hospital pursuant to the applicable statutes, as permitted under **29 U.S.C. 216(b) et seq.**

10. Plaintiffs and Defendant are employees/employer as defined in **29 U.S.C. 216(b) et seq.** and Plaintiffs earned wages are not excluded from coverage under the Code's provision.

11. Whenever Defendant pays their non-exempt hospital employees, the Defendant has not and/or does not as a practice, in **29 U.S.C. 216(b) et seq.** pay its plaintiffs employees' overtime wages at the required 1 1/2 times their regular rate of pay as defined in 29 U.S.C.A. §207(e)(1)-(7).

12. The Defendant does not, as required by **29 U.S.C. 216(b) et seq.** pay the plaintiff employees' wages on their shift differential and premium rates of pay.

13. Under the provisions of the **29 U.S.C. 216(b) et seq.** there is money due and owing from Howard University Hospital to plaintiffs and those similarly-situated and an additional amount as liquidated damages as defined in the Code and they are also owed the costs of the action, including but not limited to, their costs or fees of any nature and also their attorneys fees which are all to be paid by Defendant per **29 U.S.C. 216(b) et seq.**

KENNEDY & DOLAN
SUITE 910
LEE PLAZA
8601 GEORGIA AVENUE
SILVER SPRING, MD 20910
(301) 608-3000

14. The actions of Howard University in failing to properly pay wages as required under the DC Code, **29 U.S.C. 216(b) et seq.** to plaintiffs and others similarly situated are willful and without legal justification precisely because the Defendant engaged in this conduct before and therefore had direct notice the need to properly comply with the requirements of **29 U.S.C. 216(b) et seq.** and the Defendant willfully chose not to comply.

15. The actions of the Howard University in failing to properly pay monetary compensation to plaintiffs and others similarly situated, has continued and is continuing to this date.

**II. Failure to Properly Pay Overtime Wages Under the DC Code**

16. Plaintiffs incorporate paragraphs 1-15 above as stated in full herein.

17. Plaintiffs bring this action on behalf of themselves and others similarly-situated(current and former employees of Howard University Hospital covered under the applicable Code sections) for the failure by defendant to properly pay their overtime wages as defendant is specifically required to do per DC Code §32-1012 et seq. Said action is for and on behalf of the named defendants and other employees similarly situated, i.e., any and all employees of Howard University's hospital pursuant to the applicable statute, as permitted under §32-1012(b).

12. Plaintiffs and Defendant are employees/employer as defined in D.C. Code §32-1301 et seq and Plaintiffs earned wages and are not excluded from coverage under the Code's provision.

11. Whenever Defendant pays their non-exempt hospital employees, the Defendant has not and/or does not as a practice, in violation of §32-1001, et seq., pay its plaintiffs employees' overtime wages at the required 1 1/2 times the regular rate of pay.

KENNEDY & DOLAN
SUITE 910
LEE PLAZA
8601 GEORGIA AVENUE
SILVER SPRING, MD 20910
(301) 608-3000

12. The Defendant does not, as required by §32-1001, et seq., properly pay overtime including on the plaintiff employees' wages on their shift differential and premium rates of pay.

13. Under the provisions of the DC Code §32-1301 et seq there is money due and owing from Howard University Hospital to plaintiffs and those similarly-situated and an additional amount as liquidated damages as defined in the Code and they are also owed the costs of the action, including but not limited to, their costs or fees of any nature and also their attorneys fees which are all to be paid by Defendant per §32-1012(b).

14. The actions of Howard University in failing to properly pay wages as required under the DC Code, §32-1001, et seq. to plaintiffs and others similarly situated are willful and without legal justification precisely because the Defendant engaged in this conduct before and therefore had direct notice the need to properly comply with the requirements of DC Code, §32-1001 and the Defendant willfully chose not to comply.

15. The actions of the Defendant Howard University Hospital in failing to properly pay monetary compensation to plaintiffs and others similarly situated, has continued and is continuing to this date.

**DAMAGES**

24. Plaintiffs have suffered and will continue to suffer damage directly as a result of Howard University's failure to pay in violation of the DC Code, and the Federal Fair Labor Standards Act, i.e., for the Defendant's failure to properly pay overtime wages under the DC Code as outlined above and in the D.C, Code itself §32-1000, et seq. and the Federal Fair Labor Standards Act, **29 U.S.C. 216(b) et seq.**

KENNEDY & DOLAN
SUITE 910
LEE PLAZA
8601 GEORGIA AVENUE
SILVER SPRING, MD 20910
(301) 608-3000

**PLAINTIFFS DEMAND A JURY TRIAL ON ALL CAUSES OF ACTION**

**WHEREFORE**, for the reasons stated in this complaint, plaintiffs and those similarly-situated respectfully request this Court enter a judgment against defendant Howard University Hospital for damages under the DC Code incurred by plaintiffs and those similarly-situated for Defendant's failing to promptly pay them their wages as required under the DC Code and the Federal Fair Labor Standards Act and for liquidated damages as defined therein and for all costs and fees of the action, including attorneys fees as so stated and required therein; and all other proper relief, including pre- and post-judgment interest at the legal rate, and costs of this action.

Respectfully submitted,

John F. Kennedy, Esq.
Kennedy & Dolan
8601 Georgia Avenue, Suite 910
Silver Spring, MD 20910
(301) 608-3000
Attorney for Plaintiffs
D.C. Bar 413509

KENNEDY & DOLAN
SUITE 910
LEE PLAZA
8601 GEORGIA AVENUE
SILVER SPRING, MD 20910
(301) 608-3000

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

BENJAMIN FLEMING et al.,
Plaintiffs,

vs.

HOWARD UNIVERSITY HOSPITAL
Defendant

CA 04-7763
Calendar #13
Judge Melvin Wright

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, JAMES L. BROWN, a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): BROWN JAMES L.

Address: 5117 Fitch St SE #303
WASHINGTON D.C. 20019

(Signature): James L. Bro

Phone No: (202)581-1382

5-5-05
Date

Date Hired at Howard: 11-22-99
Date Left(if applicable):

Position at Howard:
Reason for Leaving: (please circle) quit/resigned terminate

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| BENJAMIN FLEMING | : | |
| et al. | : | CA 04-7763<br>Calendar #13<br>Judge Melvin Wright |
| Plaintiffs, | : | |
| vs. | : | |
| HOWARD UNIVERSITY HOSPITAL | : | |
| Defendant | : | |

- - - - - - - - - - - - - - - - - - - - -

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, Nathaniel L Brown, a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): Nathaniel L. Brown

Address: 603 53rd St. SE. DC, Apt # 302 20019

(Signature): Nathaniel L Brown

Phone No: 202-582-3139

5/8/05
Date

Date Hired at Howard: 8/1/98
Date Left(if applicable): 6/27/04

Position at Howard: Campus Police Officer/Hospital Divis[ion]
Reason for Leaving:(please circle) quit/resigned (terminated)

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

BENJAMIN FLEMING et al., Plaintiffs,

vs.

HOWARD UNIVERSITY HOSPITAL, Defendant

CA 04-7763
Calendar #13
Judge Melvin Wright

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, Chad Clarke, a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): Chad Clarke

Address: 3312 Huntley Sq. Dr.
Temple Hills Md. 20748.

(Signature): [signature]

Phone No: 301-894-0483

6-29-05
Date

Date Hired at Howard: Oct 2002.
Date Left(if applicable): July 2003.

Position at Howard: Special Police Officer
Reason for Leaving:(please circle) quit (resigned) terminated

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

BENJAMIN FLEMING et al.,
Plaintiffs,

vs.

HOWARD UNIVERSITY HOSPITAL
Defendant

CA 04-7763
Calendar #13
Judge Melvin Wright

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, Henry W Crawford III, a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): Henry W. Crawford III

Address: 5036 12Th St., N.E.
Washington, D.C. 20017

(Signature): Henry W Crawford III

Phone No: 202 529 2723

5-9-05
Date

Date Hired at Howard: 10/1987
Date Left(if applicable): 7/2/05 (retired)

Position at Howard: Special Police Officer
Reason for Leaving:(please circle) quit/resigned terminate retired (forced)

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMIN FLEMING et al. Plaintiffs, | CA 04-7763 Calendar #13 Judge Melvin Wright |
| vs. | |
| HOWARD UNIVERSITY HOSPITAL Defendant | |

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, Orlando J. Dalton Sr, a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): Orlando J. Dalton SR

Address: 1910 County Rd #103
Dist. Hgts. Md. 20747

(Signature): [signature]

Phone No: 301-420-3386

5-17-05
Date

Date Hired at Howard: 5-15-83
Date Left(if applicable): ____

Position at Howard: Campus Police Officer
Reason for Leaving: (please circle) quit/resigned terminated

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

BENJAMIN FLEMING et al.,
Plaintiffs,

vs.

HOWARD UNIVERSITY HOSPITAL
Defendant

CA 04-7763
Calendar #13
Judge Melvin Wright

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, CHARLAYNE M GORDON, a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

New address →

Print Name(clearly): CHARLAYNE M. GORDON

Address: 11701 FT Washington RD
FT Washington MD 20744

(Signature): Charlayne M Gordon

Phone No: 301-203-0010 or 301 333-9777

18 May 05
Date

Date Hired at Howard: Jan 14 2002
Date Left(if applicable): March 2004

Position at Howard: Campus Police
Reason for Leaving:(please circle) quit/resigned (circled) terminated

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

KENNEDY & DOLAN
ATTORNEYS AT LAW
LEE PLAZA
8601 GEORGIA AVENUE
SUITE 910
SILVER SPRING, MD 20910
(301) 608-3000
FAX (301) 608-3007
JOHN F. KENNEDY (MD, DC, PA, NY)
KATHLEEN A. DOLAN (MD, DC, MA)
E-MAIL
JFKDC@AOL.COM

BENJAMIN FLEMING :

Plaintiffs, :

vs. :

HOWARD UNIVERSITY HOSPITAL :

Defendant :

CA 04-7763
Calendar #13
Judge Melvin Wright

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, Andrew Hamilton, a former or current employee of **Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003** hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): Andrew Hamilton

Address: 1322 TALBERT TERR. S.E.

WASHINGTON D.C. 20020

(Signature): Andrew M. Hamilton Jr

Phone No: (202) 889-2921

August 22, 2005
Date

**Date Hired at Howard:** ______
**Date Left(if applicable):** ______

**Position at Howard:** ______
**Reason for Leaving:(please circle) quit/resigned terminated**

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

BENJAMIN FLEMING et al., Plaintiffs,

vs.

HOWARD UNIVERSITY HOSPITAL, Defendant

CA 04-7763
Calendar #13
Judge Melvin Wright

OPT-IN CERTIFICATE CONSENT TO JOIN

I, Harrison Ellis Johnson JR a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): HARRISON Ellis Johnson JR

Address: 621 Gresham Place NW, Washington, DC 20001

(Signature): Harrison Ellis Johnson JR

Phone No: (202) 986-9449

05/05/05
Date

Date Hired at Howard: March 18, 1974
Date Left(if applicable): June 30, 2004
Position at Howard: Howard Special Police Officer
Reason for Leaving: (please circle) quit/resigned terminated
[illegible] Retirement from Howard

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

BENJAMIN FLEMING et al. Plaintiffs,

vs.

HOWARD UNIVERSITY HOSPITAL Defendant

CA 04-7763
Calendar #13
Judge Melvin Wright

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, Clarence Kennedy, a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): Clarence Kennedy

Address: 300 Southridge Road
Jamestown, N.C. 27282

(Signature): Clarence Kennedy

Phone No: (336) 454-0384

5/10/05
Date

Date Hired at Howard: June 18, 1974
Date Left(if applicable): December 31, 2002

Position at Howard: Shift Supervisor
Reason for Leaving:(please circle) quit resigned terminated
Retired

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

BENJAMIN FLEMING et al., Plaintiffs,

vs.

HOWARD UNIVERSITY HOSPITAL, Defendant

CA 04-7763
Calendar #13
Judge Melvin Wright

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, Geraldine Makins, a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): Geraldine Makins

Address: 5101 Jay St N.E
Washington D.C 20019

(Signature): [signature]

Phone No: 202-399-8938

5/16/05
Date

Date Hired at Howard: 6/87
Date Left(if applicable): 7/02

Position at Howard: Campus Police
Reason for Leaving:(please circle) quit/resigned terminated

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BENJAMIN FLEMING et al. Plaintiffs, | : | CA 04-7763 Calendar #13 Judge Melvin Wright |
| vs. | : | |
| HOWARD UNIVERSITY HOSPITAL Defendant | : | |

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, Lester J Ward Jr., a former or current **employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003** hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): LESTER J WARD JR

Address: 1239 Vermont Ave #465
Wash DC 2000[illegible]

(Signature): Lester J. Ward Jr.

Phone No: 2)289-1662-(cell) 2)215-3618

5-10-05
Date

**Date Hired at Howard:** 9-13-82
**Date Left(if applicable):** ____________

**Position at Howard:** Campus Police Officer
**Reason for Leaving:(please circle) quit/resigned terminated**

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BENJAMIN FLEMING | : | CA 04-7763 |
| et al. | : | Calendar #13 |
| | | Judge Melvin Wright |
| Plaintiffs, | : | |
| vs. | : | |
| HOWARD UNIVERSITY HOSPITAL | : | |
| Defendant | : | |

## OPT-IN CERTIFICATE/CONSENT TO JOIN

I, Gary Walker Sr, ~~a former~~ or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): Gary Walker Sr

Address: 8605 Preston st
New ~~B~~Carrollton MD 20784

(Signature): Gary Walker Sr

Phone No: 301)429-0774

5-16-05
Date

**Date Hired at Howard:** 3-16-1980
**Date Left(if applicable):** ________

**Position at Howard:** Campus Police Officer
**Reason for Leaving:(please circle) quit/resigned terminated**

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMIN FLEMING et al. Plaintiffs, | CA 04-7763<br>Calendar #13<br>Judge Melvin Wright |
| vs. | |
| HOWARD UNIVERSITY HOSPITAL Defendant | |

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, ______________________________, a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): Vincent N. Westmoreland

Address: 2001 12th Street NW. Apt #207
Washington D.C. 20009

(Signature): [signature]

Phone No: 202/249-8214

5-9-05
Date

Date Hired at Howard: June 23, 1993
Date Left(if applicable): ______________________

Position at Howard: Supervisor
Reason for Leaving:(please circle) quit/resigned terminated