UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSE LOWE BLACK, | : |
| Plaintiff, | : |
| vs. | : Civil No. 1:06-cv-01041-RJL |
| HOWARD UNIVERSITY, *et al.*, | : |
| Defendants. | : |

**DEFENDANTS' RULE 26(a) INITIAL DISCLOSURES**

**COME NOW** the defendants, **Howard University** and **James Brown,** by and through their attorneys, **Karen R. Turner, Esquire, Matthew D. Banks, Esquire** and **Hamilton Altman Canale & Dillon, LLC,** and file the following initial disclosure statement pursuant to Federal Rule 26(a)(1)(A-E):

**Persons Likely to Have Discoverable Information**

1. James L. Brown
   Howard University
   Campus Police Department
   2244 10th Street, NW, 2nd Floor
   Washington, D.C. 20059
   (202) 806-1100
   Knowledge: Plaintiff's arrest.

2. Lt. Blue
   Howard University
   Campus Police Department
   2244 10th Street, NW, 2nd Floor
   Washington, D.C. 20059
   (202) 806-1100
   Knowledge: Plaintiff's arrest.

3.  Officer Bowman
    Howard University
    Campus Police Department
    2244 10th Street, NW, 2nd Floor
    Washington, D.C. 20059
    (202) 806-1100
    Knowledge: Plaintiff's arrest.

4.  Officer Payton
    Howard University
    Campus Police Department
    2244 10th Street, NW, 2nd Floor
    Washington, D.C. 20059
    (202) 806-1100
    Knowledge: Plaintiff's arrest.

5.  Officer Adair
    Howard University
    Campus Police Department
    2244 10th Street, NW, 2nd Floor
    Washington, D.C. 20059
    (202) 806-1100
    Knowledge: Plaintiff's arrest.

6.  Officer Casiano
    Howard University
    Campus Police Department
    2244 10th Street, NW, 2nd Floor
    Washington, D.C. 20059
    (202) 806-1100
    Knowledge: Plaintiff's arrest.

7.  Harvey Armstrong
    Deputy Chief
    Howard University
    Campus Police Department
    2244 10th Street, NW, 2nd Floor
    Washington, D.C. 20059
    (202) 806-1100
    Knowledge: Personnel information relating to Defendant Brown.

8. Lawrence Thomas
   Interim Chief
   Howard University
   Campus Police Department
   2244 10th Street, NW, 2nd Floor
   Washington, D.C. 20059
   (202) 806-1100
   Knowledge: Personnel information relating to Defendant Brown.

9. Lorraine Kittrell
   Chief Investigator
   Howard University
   Campus Police Department
   2244 10th Street, NW, 2nd Floor
   Washington, D.C. 20059
   (202) 806-1100
   Knowledge: Personnel information relating to Defendant Brown.

10. Robert Thompson
    Investigator
    Howard University
    Campus Police Department
    2244 10th Street, NW, 2nd Floor
    Washington, D.C. 20059
    (202) 806-1100
    Knowledge: Personnel information relating to Defendant Brown.

11. Devonna Reddick
    Campus Police Central Control Officer
    Howard University
    Campus Police Department
    2244 10th Street, NW, 2nd Floor
    Washington, D.C. 20059
    (202) 806-1100
    Knowledge: Personnel information relating to Defendant Brown.

12. Officer Melvin Jones, Jr.
    Howard University
    Campus Police Department
    2244 10th Street, NW, 2nd Floor
    Washington, D.C. 20059
    (202) 806-1100
    Knowledge: Personnel information relating to Defendant Brown.

13. Lt. Juanita Kirkland Jones
    Howard University
    Campus Police Department
    2244 10th Street, NW, 2nd Floor
    Washington, D.C. 20059
    (202) 806-1100
    Knowledge: Personnel information relating to Defendant Brown.

14. LaDonna Shaw, PT
    Howard University Hospital
    2041 Georgia Ave., NW
    Washington, DC 20060
    Knowledge: Personnel information relating to Defendant Brown.

15. Walter P. Bland, M.D.
    Howard University Hospital
    2041 Georgia Ave., NW
    Washington, DC 20060
    Knowledge: Personnel information relating to Defendant Brown.

16. Phillip Marshall, M.D.
    Howard University Hospital
    2041 Georgia Ave., NW
    Washington, DC 20060
    Knowledge: Personnel information relating to Defendant Brown.

17. Sylvia Carter
    1210 Eastern Avenue, NE, #203
    Washington, DC 20019
    Knowledge: Civil Protection Order issued against Plaintiff.

18. Defendants reserve the right to supplement this list as Plaintiff has produced no records and has not yet filed his own list of witnesses with relevant information or documents.

**Documents Relating to the Claim**

1. Howard University Campus Police Department Use of Force Report Form for Plaintiff Jessie Black (February 21, 2006).

4

2.      Howard University Campus Police Division Barring Notice for Plaintiff Jessie Black (February 21, 2006).

3.      Howard University Campus Police Department Incident/Offense Report Form for Plaintiff Jessie Black (February 21, 2006).

4.      Superior Court of the District of Columbia Temporary Protection Order for Sylvia Carter against Plaintiff Jessie Black.

5.      Superior Court of the District of Columbia Petition and Affidavit for Civil Protection Order filed by Sylvia Carter against Jessie Black.

6.      Superior Court of the District of Columbia Notice of Hearing and Order to Appear for hearing on Petition and Affidavit for Civil Protection Order filed by Sylvia Carter against Jessie Black.

7.      Howard University Campus Police Department Personnel file for Defendant James L. Brown.

**Insurance Agreement**

Howard University is self-insured and objects to any requirement that it produce its self-insured retention documentation for photocopying. Notwithstanding that objection, at all times relevant to this case, Howard University maintained a self-insurance trust with an applicable coverage limit of $5 million. Secondary coverage is provided through Lexington Insurance Company with limits of $10 million. Excess coverage is provided through Howard University Capitol Insurance Company with limits of $15 million.

Respectfully submitted,

**HAMILTON ALTMAN CANALE & DILLON, LLC**


By:_____/s/_____
    Karen R. Turner
    (D.C. Bar No. 434543)
    Matthew D. Banks
    (D.C. Bar No. 434987)
    4600 East-West Highway
    Suite 201
    Bethesda, Maryland 20814
    301-652-7332
    Attorneys for Defendants Howard
    University and James Brown

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a copy of the foregoing was mailed, first-class, postage prepaid, on this **29th** day of **January**, 2007, to:

> Idotenyin Hope Eyi Umana, Esquire
> **Quartey & Umana**
> 1400 Spring Street
> Suite 120
> Silver Spring, Maryland  20910

          _____/s/_____
          Karen R. Turner