SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY DIVISION

```
- - - - - - - - - - - - - - - x
                              :
SYLVIA CARTER,                :
     Petitioner,              :    Docket Number:  CPO455-06
                              :
     vs.                      :
                              :
JESSIE BLACK,                 :
     Respondent.              :
                              :    Wednesday, March 22, 2006
- - - - - - - - - - - - - - - x    Washington, D.C.
```

     The above-entitled action came on for a hearing before the Honorable ROBERT I. RICHTER, Associate Judge, in Courtroom Number 113, commencing at 9:28 a.m.

     APPEARANCES:

     On Behalf of the Petitioner:

     SYLVIA CARTER, Pro Se

     On Behalf of the Respondent:

     MR. YOMANA, Esquire
     Washington, D.C.

06-01212

**Deposition Services, Inc.**
6245 Executive Boulevard
Rockville, MD 20852
Tel: (301) 881-3344  Fax: (301) 881-3338
info@DepositionServices.com  www.DepositionServices.com

TABLE OF CONTENTS

WITNESSES

|  | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| On behalf of the Respondent: | | | | |
| Jessie Black | | | | |
| (By Mr. Yomana) ....... | 22 | | 37 | |
| (By Ms. Carter) ....... | | 35 | | 40 |
| Elma Black | | | | |
| (By Mr. Yomana) ....... | 44 | | | |
| (By Ms. Carter) ....... | | | 47 | |

\* \* \* \* \*

MISCELLANEOUS

|  | Page |
|---|---|
| Opening statement on behalf of the Respondent ....... | 19 |
| Findings of the Court ............................... | 50 |

EXHIBITS

|  | Marked | Admitted |
|---|---|---|
| On behalf of the Respondent | | |
| No. 1 ................................. | | 29 |

ca

|     |                                                                          |
| --- | ------------------------------------------------------------------------ |
| 1   | P R O C E E D I N G S                                                    |
| 2   | DEPUTY CLERK:  Three on the CPO calendar,                                |
| 3   | calling in the matter of Sylvia Carter versus Jessie                     |
| 4   | Black.                                                                   |
| 5   | THE COURT:  Good morning.                                                |
| 6   | MR. YOMANA:  Good morning, Your Honor, Mr.                               |
| 7   | Yomana (phonetic sp.), on behalf of the respondent.                      |
| 8   | THE COURT:  Your name, ma'am.                                            |
| 9   | MS. CARTER:  Sylvia Carter, good morning, Your                           |
| 10  | Honor.                                                                   |
| 11  | THE COURT:  Good morning, Ms. Carter.  Your                              |
| 12  | name, sir?                                                               |
| 13  | MR. BLACK:  Jessie Black, good morning, sir.                             |
| 14  | THE COURT:  Let me take a look at the papers.                            |
| 15  | Ms. Carter's filed a petition setting forth numerous phone               |
| 16  | calls and threats on dates last month.  Is your client                   |
| 17  | denying that he made those calls?                                        |
| 18  | MR. YOMANA:  That's correct, Your Honor.                                 |
| 19  | THE COURT:  Well, we can swear in both parties.                          |
| 20  | DEPUTY CLERK:  Please raise your right hand.                             |
| 21  | (Thereupon, both parties were sworn.)                                    |
| 22  | THE COURT:  Mr. Black, you can have a seat.                              |
| 23  | MR. BLACK:  Thank you.                                                   |
| 24  | THE COURT:  Ms. Carter, what is your                                     |
| 25  | relationship with Jessie Black?                                          |

ca

```
 1  your husband at that time that broke your nose while
 2  you're lying on the sofa, is that not true?
 3       A    No, I didn't.  That's not true.
 4       Q    Indeed, in 2002 you were so with your husband?
 5       A    Yes, I was.
 6       Q    You drive a limo, right?
 7       A    I drive a lemon?
 8       Q    A limo.
 9       A    No, I drive the buses for the limo company.
10       Q    Limo company.
11       A    Yes, sir.
12       Q    Thank you.
13       A    You're welcome.
14       Q    Your men routed Howard University had to maybe a
15  bus station or train station, subway station?
16       A    My route is Metro Station, Seventh and
17  (indiscernible) to Howard University Campus back around to
18  Seventh and (indiscernible).
19       Q    You said on February the 4th, is that what
20  you're saying, Mr. Black was at your place, is that
21  February the 4th?
22       A    February -- wait a minute.  I can tell you when
23  exactly -- February the 4th, no.  I said on Sunday -- said
24  February 4th.  I figured exact date he was at my house, I
25  have it on my calendar.  February, February the, this is
```

14

ca

1  February. Mr. Black was at my house on February 26th,
2  27th, 28th we were Upper Marlboro at court. Mr. Black
3  then asked the Court after he was told to stay away, he
4  came back on the 5th, and he came back, no, I'm all wrong.
5  Let me get my dates together. Okay, on the 23rd I went to
6  court Upper Marlboro on the 23rd, Mr. Black. After we
7  left court, Mr. Black surfaced up the 26th. On the 26th
8  he rode up the street, made a U-turn, hollered something
9  out the window.
10     Q   Ma'am, I just don't want to cut you, I'm asking
11 you a specific question. You have made allegation in this
12 here petition. Your petition that Mr. Black was at your
13 house and you testified earlier about being with a man,
14 the Judge asked, a male friend. When exactly was that?
15 That is the question.
16     A   That had to be on the 20 -- I might have these
17 dates wrong, but it was on a Saturday morning that Mr.
18 Black knocked on my door and the man asked who is it.
19     Q   Who's that man, is he here?
20     A   No, he's not here.
21     Q   Who is he?
22         THE WITNESS:  Do I have to tell him who it is,
23 Your Honor?
24         THE COURT:  Yes.
25         BY MR. YOMANA:

15

ca

```
 1    A    It's my friend, it's my friend, my male friend.
 2         MR. YOMANA:  Court's indulgence.
 3         BY MR. YOMANA:
 4    Q    This man is Mr. James Brown, right?
 5    A    Yes, he is Mr. James Brown.
 6    Q    Mr. James Brown is the same Howard University
 7  Police Officer who arrested Mr. Black, is that not true?
 8    A    Yes, he is the one that had him arrested, he was
 9  following the bus.
10    Q    Mr. Black is a cab driver, is that not true, is
11  that not true?
12         THE WITNESS:  Do I have to answer him, Your
13  Honor?
14         THE COURT:  He asked you if Mr. --
15         BY MR. YOMANA:
16    A    Yes, he's a cab driver, yes.
17    Q    Any of this time that you allege Mr. Black as
18  being at your place, did you call the police?
19    A    No.
20         THE WITNESS:  Your Honor, am I able to ask
21  questions?
22         THE COURT:  Ask questions of who?
23         THE WITNESS:  To him, he's asking me --
24         THE COURT:  You're testifying now.
25         THE WITNESS:  Oh, okay.
```