UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JESSE LOWE BLACK,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| vs. | : Civil No. 1:06-cv-01041-RJL |
| | : |
| **HOWARD UNIVERSITY,** *et al.*, | : |
| | : |
| **Defendants.** | : |
| _____ | : |

**PLAINTIFF'S RULE 26 (a) DISCLOSURES STATEMENT**

**COME NOW** the plaintiff, **Jesse Lowe Black**, by and through his attorneys, **Hope Umana, Esquire** and **Quartey & Umana**, **LLC**, and file the following rule 26 (a) 1 disclosures statement:

A.  *Names:*

Mr. Jesse Black
12003 Quartette Lane
Bowie, MD 20720
Information:  On his arrest and contact with defendant/Sylvia Carter

Mrs. Connie Black
12003 Quartette Lane
Bowie, MD 20720
Information:  On his arrest and contact with defendant/Sylvia Carter

Mr. Jesse Black, Jr.
12003 Quartette Lane
Bowie, MD 20720
Information:  On plaintiff's arrest

Ms. Sylvia Carter
1210 Eastern Avenue, NE, # 203
Washington, D.C. 20019
Information:  On Relationship with defendant Brown/Plaintiff

B.  *Documents:*

Transcript of CPO 455-06 hearing on Wednesday, March 22, 2006.

    Respectfully submitted,

    **QUARTEY & UMANA, LLC**

    By:_____
      Idotenyin Hope Eyi Umana, Esquire
      (D.C. Bar No. 459092)
      1400 Spring Street, Suite 120
      Silver Spring, Maryland 20910
      301-587-0090-Phone
      301-587-5540-fax
      iumana@aol.com
      Attorneys for Plaintiff Jesse Lowe Black