

Incident Report Book
1/1/2000

ATTACHMENT 4

DEFENDANT'S EXHIBIT 3

| 110 | | | |
|---|---|---|---|
| Date | Report # | Classification | Complainant |
| 2/21/06 | 06-0363 | Viol. temp protection order | Sylvia Carter |

| | Grid Value | Personal Value | Reviewing Officer | Supervisor |
|---|---|---|---|---|
| | N/A | N/A | CPO J. Brown | [signature] |

Case 1:06-cv-01041-RJL   Document 21-4   Filed 02/16/2007   Page 3 of 3