UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSE LOWE BLACK, | : |
| Plaintiff, | : |
| vs. | : Civil No. 1:06-cv-01041-RJL |
| HOWARD UNIVERSITY, *et al.*, | : |
| Defendants. | : |

### CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on the 7th day of **March**, 2007, I served on all counsel Defendant Howard University's Interrogatories and Request for Production of Documents to Plaintiff, and that I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

HAMILTON ALTMAN CANALE & DILLON, LLC

By: ___/s/_____
Karen R. Turner
(D.C. Bar No. 434543)
Matthew D. Banks
(D.C. Bar No. 434987)
4600 East-West Highway
Suite 201
Bethesda, Maryland 20814
301-652-7332
Attorneys for Defendants Howard
University and James Brown

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the foregoing was sent electronically, on this **7th** day of **March**, 2007, to:

> Idotenyin Hope Eyi Umana, Esquire
> **Quartey & Umana**
> 1400 Spring Street
> Suite 120
> Silver Spring, Maryland  20910

                                               /s/
                                        Karen R. Turner