UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JESSE LOWE BLACK, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:06-1041 (RJL) |
| DISTRICT OF COLUMBIA, *et al.* | ) |
| Defendants. | ) |

**FINAL JUDGMENT**
(March 26, 2007) [#17]

For the reasons set forth in the Memorandum Opinion entered this date, it is hereby

**ORDERED** that defendants Howard University's and James Brown's motion to dismiss [#17] is GRANTED, and it is further

**ORDERED** that this case is dismissed.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

8